IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **FRANCISCO DOMINGUEZ,**<br><br>Petitioner,<br><br>v.<br><br>**HEIDI M. LACKNER, Warden,**<br><br>Respondent. | Case No. C 12-5896 RMW (PR)<br><br>**ORDER GRANTING EXTENSION OF TIME TO FILE RESPONSE** |

GOOD CAUSE APPEARING, it is hereby ordered that respondent is granted an enlargement of time, to and including June 21, 2013, to file a response to the petition for writ of habeas corpus. If respondent files an answer, petitioner may respond by filing a traverse with the court and serving it on respondent within 30 days of the date the answer is filed. If respondent files a motion to dismiss on procedural grounds in lieu of an answer, petitioner shall file with the court and serve on respondent an opposition or statement of non-opposition within 28 days of the date the motion is filed, and respondent shall file with the court and serve on petitioner a reply within 14 days of the date any opposition is filed.

Dated: _____

/s/ Ronald M. Whyte
The Honorable Ronald M. Whyte

1

Order Granting Extension of Time to File Response – *Dominguez v. Lackner* (C 12-5896 RMW (PR))

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

FRANCISCO DOMINGUEZ,

        Plaintiff,

  v.

HEIDI M. LACKNER,

        Defendant.

Case Number: CV12-05896 RMW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on May 16, 2013, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Francisco Dominguez F-22191
Valley State Prison (VSP)
21633 Avenue 24
PO Box 92
Chowchilla, CA 93610-0096

Dated: May 16, 2013

                              Richard W. Wieking, Clerk
                              By: Jackie Lynn Garcia, Deputy Clerk