|    |    |    |
|----|----|----|
| 1  |    |    |
| 2  |    |    |
| 3  |    |    |
| 4  |    |    |
| 5  |    |    |
| 6  |    |    |
| 7  |    |    |

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| FRANCISCO DOMIGUEZ, | ) | No. C 12-5896 RMW (PR) |
|---|---|---|
| Petitioner, | ) | ORDER GRANTING EXTENSION OF TIME TO FILE REPLY |
| v. | ) | |
| MATTHEW CATE, | ) | |
| Respondent. | ) | (Docket No. 20) |

Petitioner, a state prisoner proceeding pro se, filed a writ of habeas corpus pursuant to 28 U.S.C. § 2254. Respondent filed a motion to dismiss. (Docket No. 16.) On August 12, 2013, petitioner filed an opposition. (Docket No. 19.) On September 6, 2013, respondent filed an untimely motion requesting an extension of time to file a reply and filed a reply.

In the interest of justice, respondent's motion is **GRANTED**. Respondent's reply filed September 6, 2013, is deemed timely.

This order terminates docket no. 20.

IT IS SO ORDERED.

DATED: _____

*Ronald M. Whyte*
RONALD M. WHYTE
United States District Judge

Order Granting Mot. for Ext. of Time to File Reply
G:\PRO-SE\RMW\HC.12\Dominguez896_eot-reply.wpd

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE FRANCISCO DOMINGUEZ, | Case Number: CV12-05896 RMW |
| Plaintiff, | **CERTIFICATE OF SERVICE** |
| v. | |
| IN RE FRANCISCO DOMINGUEZ et al, | |
| Defendant. | |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on November 27, 2013, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Francisco Dominguez F-22191
Valley State Prison (VSP)
PO Box 96
Chowchilla, CA 93610-0096

Dated: November 27, 2013

Richard W. Wieking, Clerk
By: Jackie Lynn Garcia, Deputy Clerk